FILED
CHARLOTTE, NC
JUN 1 3 2008
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:08MJ 136 |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| DAVID C. LOCKHART ) | |
| ) | |

UPON MOTION of the United States of America, by and through Grectchen C. F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Affidavit in support of the criminal complaint in the above-captioned matter to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Affidavit in support of the criminal complaint be sealed until further order of this Court.

**IT IS FURTHER ORDERED** that this Order, the criminal complaint, the Motion to Seal, and the arrest warrant in the above-captioned matter remain available in the public record.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 13th day of June, 2008.

RICHARD VOORHEES
UNITED STATES DISTRICT JUDGE